SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-mj-00723-DJA |
| Plaintiff, | CRIMINAL INFORMATION |
| vs. | VIOLATION: |
| ERICA MANKE, | 18 U.S.C. § 641 – Theft of Government Property |
| Defendant. | |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

<u>COUNT ONE</u>
*Theft of Government Property*
(18 U.S.C. § 641)

1.　On a date unknown but no earlier than October 1, 2020, in the State and Federal District of Nevada,

ERICA MANKE,

defendant herein, willfully converted the property of the United States and the Department of the Interior, specifically, a wild horse roaming on land belonging to the United States and

administered by the Secretary of Agriculture through the Forest Service, for defendant's use and with the intention of depriving the United States and others of the use and benefit of the horse, all in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION
*Theft of Government Property*

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

ERICA MANKE,

defendant herein, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or a conspiracy to commit such offense:

1. Wild free-roaming horse described as "HG$_1$FFFFJN"; defined as: Gelding, 1 Face Whorl, RF: Stocking, RH: Stocking, LF: Stocking, LH: Stocking, Face Marking: Bald, Coat Color: Pinto (property).

All under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 641.

DATED: this 3rd day of October 2025.

SUE FAHAMI
Executive Assistant U.S. Attorney

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorney