```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        OCT 2 2 2025

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-MJ-723-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | 2:25-mj-723-PJA |
| ERICA MANKE, | |
| Defendant. | |

This Court finds Erica Manke pled guilty to Count One of a One-Count Criminal Information charging her with theft of government property in violation of 18 U.S.C. § 641. Criminal Information, ECF No. 1; Change of Plea, ECF No. 7; Plea Agreement, ECF No. 8.

This Court finds Erica Manke agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 1; Change of Plea, ECF No. 7; Plea Agreement, ECF No. 8.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Erica Manke pled guilty.

The following property is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or a conspiracy to commit such offense and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c):

1. Wild free-roaming horse described as "HG₁FFFFJN"; defined as: Gelding, 1 Face Whorl, RF: Stocking, RH: Stocking, LF: Stocking, LH: Stocking, Face Marking: Bald, Coat Color: Pinto (property).

Case 2:25-mj-00723-DJA    Document 9    Filed 10/07/25    Page 2 of 3

1    This Court finds that on the government's motion, the Court may at any time enter

2   an order of forfeiture or amend an existing order of forfeiture to include subsequently

3   located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

4    This Court finds the United States of America is now entitled to, and should, reduce

5   the aforementioned property to the possession of the United States of America.

6    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

7   DECREED that the United States of America should seize the aforementioned property.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

9   rights, ownership rights, and all rights, titles, and interests of Erica Manke in the

10   aforementioned property are forfeited and are vested in the United States of America and

11   shall be safely held by the United States of America until further order of the Court.

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

13   of America shall publish for at least thirty (30) consecutive days on the official internet

14   government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

15   describe the forfeited property, state the times under the applicable statute when a petition

16   contesting the forfeiture must be filed, and state the name and contact information for the

17   government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

18   Notice is served on any individual or entity on the date when it is placed in the mail,

19   delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

20   32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

22   or entity who claims an interest in the forfeited property must file a petition for a hearing to

23   adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. §

24   853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21

25   U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

26   petitioner's right, title, or interest in the property, the time and circumstances of the

27   petitioner's acquisition of the right, title or interest in the property, any additional facts

28   supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _22nd of October_, 2025.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3