JASON W. BARRUS, ESQ.
Nevada Bar No.: 9344
jason@jasonbarruslaw.com
LAW OFFICE OF JASON W. BARRUS
1601 E. Charleston Blvd.
Las Vegas, NV 89104
Office (702) 550-6500
Fax (702) 550-6501
*Attorney for Defendant*

**UNITES STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATE OF NEVADA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERICA MANKE<br><br>        Defendant | CASE NO.: 2:25-mj-00723<br><br><br><br>**STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between Sigal Chattah, First Assistant United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Jason Barrus, Esquire, counsel for defendant Erica Manke, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1. On or about October 22, 2025, Defendant entered into a Plea Agreement with the United States in which she agreed to plead guilty to misdemeanor theft of government property in violation of 18 U.S.C. 641. Defendant also agreed to forfeiture of the property set forth in the plea agreement.

2. The Parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) complete 50 hours of community service; (ii) no adverse contact with any federal, state, or local law enforcement officers; (iii) no travel to the Spring Mountains National Recreation

**LAW OFFICE OF JASON W. BARRUS**<br>*1601 E. CHARLESTON BLVD., LAS VEGAS, NEVADA 89104*<br>PHONE (702) 550-6500 FAX (702) 550-6501

Are; and any other conditions ordered by the Court.

3. On October 22, 2025, this Court Sentenced defendant pursuant to the parties plea agreement.

4. Since commencing her term of unsupervised probation, defendant has successfully completed all conditions.

5. As such, the parties jointly request that the above-captioned matter be closed.

Dated this 28th day of April, 2026.

Respectfully submitted,

**LAW OFFICE OF JASON W. BARRUS**

**UNITED STATES ATTORNEY'S OFFICE**

_____
JASON W. BARRUS, ESQ.
Nevada Bar No. 9344
1601 E. Charleston Blvd
Las Vegas, NV 89104
*Attorney for Defendant*

/s/Skyler Pearson
_____
SKYLER PEARSON, Assistant
United States Attorney

**LAW OFFICE OF JASON W. BARRUS**
1601 E. CHARLESTON BLVD., LAS VEGAS, NEVADA 89104
PHONE (702) 550-6500 FAX (702) 550-6501

Page 2 of 3

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No: 2:25-mj-00723 |
| | ) | |
| ERICA MANKE, | ) | **ORDER TO CLOSE THE CASE** |
| Defendant. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Defendant ERICA MANKE has successfully completed the conditions of her sentencing.

## **ORDER**

IT IS HEREBY ORDERED that the above-captioned case be closed as all requirements have been completed.

Dated this 28th day of April, 2026

_____
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3

**LAW OFFICE OF JASON W. BARRUS**
1601 E. CHARLESTON BLVD., LAS VEGAS, NEVADA 89104
PHONE (702) 550-6500 FAX (702) 550-6501